IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MADDEN,<br><br>  Plaintiff,<br><br> v.<br><br>A.H. VOSS COMPANY, et al.,<br><br>  Defendants.<br>_____/ | No. C 09-03786 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION TO REMAND** |

  This matter is set for a hearing on October 16, 2009 at 9:00 a.m. on Plaintiff's motion to remand.  The opposition to this motion shall be filed by no later than September 14, 2009 and the reply, if any, shall be filed by no later than September 21, 2009.

  If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

  **IT IS SO ORDERED.**

Dated: August 31, 2009

                       /s/ Jeffrey S. White
                       JEFFREY S. WHITE
                       UNITED STATES DISTRICT JUDGE