**United States District Court**
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    JOHN MADDEN,
10            Plaintiff,                          No. C 09-03786 JSW
11    v.
12    A.H. VOSS COMPANY, et al.,                  **ORDER CONTINUING HEARING**
                                                  **ON PLAINTIFF'S MOTION TO**
13            Defendants.                         **REMAND**
                                        /
14
15        The Court HEREBY CONTINUES the hearing on Plaintiff's motion to remand to
16    October 23, 2009 at 9:00 a.m.  This Order does not alter the briefing schedule previously set by
17    the Court.
18        **IT IS SO ORDERED.**
19
20    Dated: September 17, 2009
21                                                JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28