1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   JOHN MADDEN,

10          Plaintiff,                    No. C 09-03786 JSW

11   v.

12   A.H. VOSS COMPANY, et al.,           **ORDER DENYING DEFENDANT LESLIE CONTROL, INC.'S ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE**

13          Defendants.
                                    /
14

15          Now before the Court is the administrative motion filed by defendant Leslie Control,

16   Inc.'s to advance the hearing date on its motion to stay.  Following review of Leslie Control's

17   administrative motion, the request is DENIED.

18          **IT IS SO ORDERED.**

19

20   Dated: September 25, 2009                    _____
                                                  JEFFREY S. WHITE
21                                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

*United States District Court*
For the Northern District of California